CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS 2017 FEB 23  PM 1: 26
AMARILLO DIVISION

DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **2- 1 7 C R - 0 1. 7 - D** |
| v. | No. _____ |
| THOMAS ROY CLARK     (01)<br>KAREN DENISE JONES     (02) | |

## INDICTMENT

The Grand Jury Charges:

## INTRODUCTION

At all times material to this indictment:

1.      From in or about July 2012, and continuing through in or about July 2015, **Thomas Roy Clark**, defendant, resided in the Amarillo Division of the Northern District of Texas.

2.      From in or about July 2012, and continuing through in or about July 2015, **Clark** operated Panhandle Chiropractic Clinic (PCC) in Amarillo, Texas, without a license.   During this time period, **Karen Denise Jones** assisted **Clark** in billing insurance companies on PCC's behalf.

3.      From in or about July 2012, and continuing through in or about July 2015, in the Amarillo Division of the Northern District of Texas and elsewhere, **Clark** and **Jones** devised, and intended to devise, a scheme and artifice to defraud a health-care

benefit program, and for obtaining money by means of materially false and fraudulent

pretenses, representations, and promises, which scheme and artifice to defraud is more

fully described as follows:

### The Scheme and Artifice to Defraud

A)    It was a part of the scheme and artifice to defraud a health care program

that **Clark** represented himself to be a chiropractor when, in fact, **Clark** was not a

licensed chiropractor.   During the course of the scheme, **Clark** and **Jones** billed for

services properly billable only by a licensed chiropractor.

B)    It was part of the scheme and artifice to defraud a health care program that

**Clark** and **Jones,** and persons acting at **Clark's** direction, billed for services not rendered

and for services rendered in lesser quantities than billed.

C)    It was part of the scheme and artifice to defraud a health care program that

**Clark** and **Jones,** and persons acting at **Clark's** direction, billed more than one insurance

company for the same service provided for the same patient on the same date.

D)    It was part of the scheme and artifice to defraud a health care program that

**Clark** and **Jones,** and persons acting at **Clark's** direction, billed for services under Terry

Crow's name and identity.   Terry Crow is a licensed chiropractor.   **Clark** and **Jones**

used Crow's national provider identifier (NPI).   An NPI is a unique 10-digit

identification number issued to health care providers.   From in or about July 2012, and

continuing through in or about July 2015, **Clark** and **Jones** did not have permission to

**Thomas Roy Clark**
**Indictment - Page 2**

use Crow's NPI and name to bill insurance companies for services allegedly rendered by

**Clark.**

      E)     It was part of the scheme and artifice to defraud a health care program that

**Clark** and **Jones,** and persons acting at **Clark's** direction, would omit **Clark's** name or

NPI on PCC's itemized billing statements, which prevented insurance companies from

knowing they were being billed for services provided by a chiropractor without a license.

      F)     It was part of the scheme and artifice to defraud a health care program that

**Clark** and **Jones,** and persons acting at **Clark's** direction, listed the specific type of

procedure or service PCC supposedly provided by specifying a Current Procedural

Terminology (CPT) code.   Each procedure or service is identified by a 5-digit numeric

or alphanumeric CPT code.   The code used by the provider in the claim submission

dictates the amount of payment the provider receives for a rendered service.   By Clark

and Jones using CPT codes, this misrepresented to insurance companies that the

procedures being billed were performed by a licensed health care provider in good

standing with their state board.

Loss Caused by the Fraud

      4.     As a result of the scheme and artifice to defraud, from in or about July

2012, and continuing through in or about July 2015, **Clark's** and **Jones'** materially false

and fraudulent pretenses, representations, and promises, which were made and caused to

be made by **Clark** and **Jones,** fraudulently induced health care providers to issue

**Thomas Roy Clark**
**Indictment - Page 3**

monetary payments to **PCC**, and for the benefit of **Clark**, resulting in a total loss of approximately $524,547.89.

Counts 1 - 12
Health Care Fraud and Aiding and Abetting
(Violation of 18 U.S.C. § 1347 and 2)

The Introduction of this Indictment is re-alleged and incorporated as though fully set out in these Counts 1 through 12.   Beginning on or about July 1, 2012, and continuing to on or about July 31, 2015, in the Amarillo Division of the Northern District of Texas and elsewhere, **Thomas Roy Clark** and **Karen Denise Jones**, defendants, did knowingly and willfully execute, and attempt to execute, a scheme and artifice to defraud a health care benefit program, as described in the introductory allegations, which are incorporated by reference, with individual executions of the scheme to defraud being listed in each of the following counts:

| Count | Insurance Company | Date of service | Claim number | Patient Name | Claimed Service-CPT Code | Amount paid |
|---|---|---|---|---|---|---|
| 1 | Aetna | 04/06/2013 | E8FA854KT09 | R.B. | 99204 | $184.85 |
| 2 | Blue Cross Blue Shield Texas (BCBSTX) | 06/20/2014 | 2014350508737L0X | S.M. | 97110 | $47.88 |
| 3 | Cigna | 03/22/2015 | 9431511813488 | A.D. | 98941 | $40.50 |
| 4 | Texas Farm Bureau | 02/20/2015 | 828718 | K.M. | 97012 | $20.42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Farmers | 08/02/2014 | 3001317499-1-4 | M.M. | 98943 | $35.00 |
| 6 | Geico | 04/05/2013 | 0356472160101086 | K.J. | 98943 | $35.00 |
| 7 | IMS | 10/17/2014 | 1505601300 | S.D. | 98941 | $45.00 |
| 8 | Metlife | 12/19/2014 | DAE17069 | C.P. | 97110 | $30.04 |
| 9 | Progressive | 12/07/2013 | 131055487 | E.S. | 99204 | $200.00 |
| 10 | State Farm | 03/08/2013 | 43258M287 | J.B. | 97012 | $25.00 |
| 11 | UHC | 02/08/2014 | 472593213302 | G.C. | 98941 | $22.50 |
| 12 | UMR | 01/25/2015 | 15029320296 | R.B. | 98941 | $16.00 |

In violation of Title 18, United States Code, Sections 1347 and 2.

**Thomas Roy Clark**
**Indictment - Page 5**

<u>Count Thirteen</u>
Misprision of a Felony
(Violation of 18 U.S.C. § 4)

Beginning on or about July 1, 2012, and continuing to on or about July 31, 2015,

in the Amarillo Division of the Northern District of Texas, and elsewhere, **Karen Denise**

**Jones**, defendant, having knowledge of the actual commission of a felony cognizable by

a court of the United States, to wit, Health Care Fraud, in violation of Title 18, United

States Code, Section 1347, did knowingly conceal the same, by submitting claims to

insurance companies with Terry Crow as the provider when, in fact, Thomas Clark was

the provider, and did not as soon as possible make known the same to some judge or

other person in civil or military authority under the United States.

In violation of Title 18, United States Code, Section 4.

**Thomas Roy Clark**
**Indictment - Page 6**

## Forfeiture Allegation
### (Violation of 18 U.S.C. § 982(a)(7))

Upon conviction of any offense set forth in Counts 1 through 12 of this

Indictment, the defendant, **Thomas Roy Clark**, shall forfeit to the United States of

America, pursuant to 18 U.S.C. § 982(a)(7), any property, real or personal, constituting,

or derived from, gross proceeds obtained, directly or indirectly, as a result of such

violation.    The property to be forfeited includes, but is not limited to:

**Personal and Real Property**

a.  $18,587.00 in U.S. currency seized from Merrill Lynch Account number

   XXXX2971, styled Thomas R Clark TTEE, U/A DTD 04/23/2002, BY

   Thomas R Clark REV LIV TR, PO BOX 463, Bushland, Texas 79012-0463;

b.  $35,163.23 in U.S. currency seized from Cheslea Financial Services Account

   number XXXX9907, styled Thomas R Clark, 2418 W 9th Avenue, Amarillo,

   Texas 79106;

c.  The real property situated at 18901 Stone Creek Road, Bushland, Texas, more

   specifically described as Lot 6, Block 1, Prairie West Estates No. 6.

**Substitute Assets**

Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b)(1), if any

of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

**Thomas Roy Clark**
**Indictment - Page 7**

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property up to the

value of the previously described property that is subject to forfeiture.

All pursuant to 18 U.S.C. § 982(a)(7).

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Texas Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:    806-324-2356
Facsimile:    806-324-2399
E-Mail:       joshua.frausto@usdoj.gov

**Thomas Roy Clark**
**Indictment - Page 8**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

THOMAS ROY CLARK (01)
KAREN DENISE JONES (02)

INDICTMENT

COUNTS 1-12:          HEALTH CARE FRAUD AND AIDING AND ABETTING
                      Title 18, United States Code, Sections 1347 and 2.

COUNT 13:             MISPRISON OF A FELONY
                      Title 18, United States Code, Section 4

FORFEITURE NOTICE
(13 COUNTS)

A true bill rendered:
Amarillo                                                              Foreperson

Filed in open court this _____23rd_____ day of _____February_____, A.D. 2017.

                                                                     Clerk
SUMMONS TO ISSUE AS TO EACH DEFENDANT

UNITED STATES MAGISTRATE JUDGE